IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FRANKY P. HOLLENBACK,

        Plaintiff,

vs.                                         Case No. 13-1223-SAC

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security,[1]

        Defendant.

MEMORANDUM AND ORDER

On October 16, 2013, David Gray, attorney of record for the plaintiff, filed a motion to withdraw (Doc. 13). Defendant has no objection to the withdrawal (Doc. 13 at 2). Plaintiff has not filed a response to the motion; therefore the motion will be treated as an uncontested motion. D. Kan. Rule 7.4(b). The court finds that the motion of David Gray complies with D. Kan. Rule 83.5.5(a) (Withdrawal of appearance of attorney whose client will be left without counsel), and that good cause has been shown to grant the motion.

IT IS THEREFORE ORDERED that the motion to withdraw filed by David Gray is granted.

---

[1] Carolyn W. Colvin became Acting Commissioner of Social Security on February 14, 2013, replacing Michael J. Astrue, the former Commissioner of Social Security.

1

IT IS FURTHER ORDERED that plaintiff shall file their brief, pursuant to D. Kan. Rule 83.7.1(d) no later than December 3, 2013. Plaintiff may file a motion for an extension of time if additional time is needed by plaintiff to file his brief. After defendant files their responsive brief, plaintiff shall have 14 days to file a reply brief.

IT IS FURTHER ORDERED that plaintiff shall comply with D. Kan. Rule 83.7.1 and D. Kan. Rule 7.6, which will be attached with this order and mailed to the plaintiff.

IT IS FURTHER ORDERED that a copy of this order, and the local rules set forth above, will be mailed to the plaintiff by regular mail and by certified mail, return receipt requested.

Dated this 13th day of November 2013, Topeka, Kansas.

s/Sam A. Crow
Sam A. Crow, U.S. District Senior Judge