IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FRANKY P. HOLLENBACK,

        Plaintiff,

vs.                            Case No. 13-1223-SAC

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security,[1]

        Defendant.

MEMORANDUM AND ORDER

On December 13, 2013, the court ordered plaintiff to show cause on or before December 27, 2013, why this case should not be dismissed for lack of prosecution pursuant to D. Kan. Rule 41.1 (Doc. 17). A copy of this order was served on the plaintiff by certified mail on December 18, 2013 (Doc. 18). As of this date, plaintiff has not responded to the show cause order.

IT IS THEREFORE ORDERED that the case is dismissed for lack of prosecution.

IT IS FURTHER ORDERED that a copy of this order shall be served on plaintiff by regular mail and certified mail, return receipt requested.

---

[1] Carolyn W. Colvin became Acting Commissioner of Social Security on February 14, 2013, replacing Michael J. Astrue, the former Commissioner of Social Security.

Dated this 15th day of January 2014, Topeka, Kansas.

>   s/Sam A. Crow
>   Sam A. Crow, U.S. District Senior Judge